# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 1885 | **DATE** | 3/27/2002 |
| **CASE TITLE** | Delaware Clothing Co. vs. Ohio Casualty Group | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
 ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Because the First Amended Complaint does not provide the necessary answers, Delaware's counsel will be given just one more chance to tender an appropriate amendment fo FAC¶2 to this Court's chambers on or before April 5, 2002, failing which this Court will be constrained to dismiss this action for lack of the required showing of subject matter jurisdiction.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAR 28 2002 | |
| | Notified counsel by telephone. | | date docketed | 4 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 3/27/2002 | |
| SN | courtroom deputy's initials | 02 MAR 27 PM 2:07 | date mailed notice | |
| | | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DELAWARE CLOTHING CO., INC., )
)
        Plaintiff, )
)
v. ) No. 02 C 1885
)
OHIO CASUALTY GROUP OF )
INSURANCE COMPANIES, et al., )
)
        Defendants. )

## MEMORANDUM ORDER

By way of an attempted response to this Court's brief March 15, 2002 memorandum order identifying a potential subject matter jurisdictional problem, counsel for Delaware Clothing Co., Inc. ("Delaware") has timely filed a First Amended Complaint ("FAC") that contains expanded allegations as to the two named defendants. Because that filing has unfortunately not done the job, this Court is compelled to try again.

What FAC ¶2 now says as to Ohio Casualty Group of Insurance Companies ("Group") is just this:

> The Ohio Casualty Group of Insurance Companies is an Ohio Registered Trade Name whose principal place of business is in the State of Ohio.

That allegation is singularly uninformative. Needless to say, a trade name is not a suable entity[1]--but the party or parties encompassed within the "group" doing business under such a trade

---

[1] Indeed, just how an intangible property interest such as a trade name can have a "principal place of business" is a mystery in itself.

name *are* (and are in fact the real parties in interest for purposes of Fed. R. Civ. P. 17(a)). Because the FAC does not provide the necessary answers, Delaware's counsel will be given just one more chance to tender an appropriate amendment to FAC ¶2 to this Court's chambers on or before April 5, 2002, failing which this Court will be constrained to dismiss this action for lack of the required showing of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 27, 2002